# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00972-RM-STV

Vicki Mize,

    Plaintiff,

v.

Valram Inc.,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this Action with prejudice.

RESPECTFULLY submitted on this 1st day of August 2017.

    s/ Lori J. Coulter
    **Lori J. Coulter**
    The Law Office of Lori J. Coulter, LLC
    1271 Riverview Drive
    Loveland, CO 80537
    720-961-2804
    Email: lori@adaequality.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Filing to be served upon all CM/ECF registrants as follows:

Christopher Wenzel Carr
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street Suite 300
Denver, CO 80203
303-777-3737
Fax: 303-777-3823
Email: ccarr@dillanddill.com
*Attorney for Defendant*

by: *ls*